```
                 IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | Consolidated Under |
| LIABILITY LITIGATION (No. VI) | : | MDL DOCKET NO. 875 |

---

DAMON

        v.

AIREON MFG. CORP., et al.

E.D. PA Case No. 14-01954 (Lead Case)

**FILED**
APR 17 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

---

DAMON

        v.

CLEAVER-BROOKS, INC., et al.

E.D. PA Case No. 14-02026 (Member Case)

---

## O R D E R

AND NOW, this **17th** day of **April, 2014**, it is hereby **ORDERED** that the above cases are **CONSOLIDATED**. All pleadings are to be filed under the lead case number. The member case is to be statistically **CLOSED** and the caption of the lead case is to be amended **to include all defendants from the member case**.

                                         **AND IT IS SO ORDERED.**

                                         */s/ E. C. Robreno*
                                         **EDUARDO C. ROBRENO, J.**